IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

TONY B. BUTLER,

    Plaintiff,

v.      CIVIL ACTION NO.: CV512-063

JIMMY TOOMBS; BROWN SEBRESKAN
DAAIM; and COURTNEY GAINES
HORTON,

    Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his untimely Objections, Plaintiff sets forth alleged violations of the Georgia Constitution.[1] Plaintiff asserts that the Magistrate Judge reviewed his Complaint in an incorrect manner and used incorrect standards.

Though Plaintiff is not challenging the conditions of his confinement, the Magistrate Judge properly analyzed Plaintiff's claims. Plaintiff filed his cause of action pursuant to 42 U.S.C. § 1983. As the Magistrate Judge noted, to pursue a section 1983 claim against the named Defendants, Plaintiff is required to set forth facts sufficient to show that the named Defendants are "state actors". Plaintiff failed to do so.

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is

---

[1] Plaintiff was to file his desired Objections on or before November 10, 2012, for his Objections to be considered timely filed. (Doc. No. 14). Plaintiff's Objections were filed on November 16, 2012.

AO 72A
(Rev. 8/82)

**DISMISSED** based on his failure to state a claim upon which relief may be granted pursuant to 42 U.S.C. § 1983. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 28 day of November, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA